# Central Trust Co. of New York, v. Greene, Judge.

## Mandamus.

(Decided July 2, 1907.   44 South. 540.)

*Mandamus; Appeal; Time of Taking.*—Under the express provisions of section 2827, Code 1896, appeals from final judgment in mandamus proceedings must be taken within thirty days after final judgment, and unless taken within the time prescribed, such appeal will not be entertained.

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

Mandamus on the relation of the Central Trust Co. of New York against Samuel E. Greene, judge of probate, to compel the said judge to record a mortgage upon the tender of the proper record fee. The judge declined unless the tender was also accompanied by the mortgage franchise tax of fifteen cents per hundred dollars. The city court dismissed the writ upon the hearing, from which relator appeals. Appeal dismissed.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. —Council discuss the unconstitutionality of the act requiring the payment of mortgage tax and cite authorities in support thereof.

ALEXANDER M. GARBER, Attorney General, for the State.—The appeal was taken too late and should have been dismissed.—Section 2827, Code 1896.

DENSON, J.—From final judgments in mandamus proceedings the statute prescribes that appeals shall be

taken within thirty days after judgment is rendered.—
Code, § 2827.

The judgment appealed from in this case was rendered on the 21st day of November, 1906, and the appeal was taken on the 24th day of January, 1907. The point made by the appellee that the appeal is too late must be sustained.

Appeal dismissed.

TYSON, C. J., and HARALSON and SIMPSON, JJ., concur.